JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINN BASS,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF SAN BERNARDINO MUNICIPAL WATER DEPARTMENT, ET AL.,<br><br>   Defendants. | Case No. EDCV 17-1080-JVS (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 18, 2017

_____
HONORABLE JAMES V. SELNA
United States District Judge